IN RE: LOPEZ, JOSE & DENIS        CASE NO. 08-13026

---

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    128
TID #380470    60-249/433

| Case | Debtor |
|---|---|
| 08-13026 B | LOPEZ, JOSE |
| 92000225039066 | LOPEZ, DENIS |
| COMBINED SMALL CHECK | |

Ronald J. Hof
9905 Jefferson Hwy.
River Ridge LA 70123

Date 05/11/2011    $ ***********3.49

~~~Three Dollars and 49/100

Pay to the Order of U.S. Bankruptcy Court

*Ronald J. Hof, Trustee*

⑃330249031:92000225039066⑃

5/13/11
DEP

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228547     - JN

May 13, 2011
15:32:34

UNC.UNDER$25
08-13026

Debtor.: JOSE LOPEZ
Trustee: Ronald Hof
Amount.:              $3.49 CH
Check#.: 128

Total-> $3.49

FROM: HOF

# RONALD J. HOF

CHAPTER 7 TRUSTEE
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

9905 JEFFERSON HIGHWAY
RIVER RIDGE, LOUISIANA 70123

TELEPHONE: (504)305-1591
E-MAIL: ronaldhof@cox.net

May 11, 2011

Marla Hamilton
Clerk of Court, U.S. Bankruptcy Court
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

Re: Lopez, Jose & Denis, No. 08-13026

Dear Marla:

In accordance with Bankruptcy Rule 3010(a), please find enclosed a check in the amount of $3.49, representing a dividend in the above case in an amount less than $5.00. I am also enclosing my Claims Distribution Small Check report, which shows the claim and amount represented by this check. If you should need any additional information, please feel free to contact me.

Sincerely,

Ronald J. Hof

RJH/sao
enclosures

Printed: 05/11/11 11:08 AM  
Page: 1

## Claims Distribution Small Checks

**Trustee: Ronald J. Hof (380470)**

**Case:** 08-13026 - LOPEZ, JOSE

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 920002225039066 | 128 | 24 | 05/11/11 04/24/09 | 610 | Payee: U.S. Bankruptcy Court<br>Recovery Management Systems Corporation | 157.90 | 157.90 | 3.49 | $3.49<br>3.49 |

Check Amount:

(*) Denotes objection to Amount Filed